**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Grow Biz International, Inc., a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MNO, Inc., a North Carolina corporation, Anne N. Mathias, an individual, and Dean T. Mathias, an individual,<br><br>Defendants. | **Civil No. 01-1805 DWF/AJB**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO SERVE PLEADINGS** |

---

IT IS HEREBY STIPULATED AND AGREED, by and among the above-named parties acting through their respective undersigned attorneys, that the time for defendants to serve pleadings as provided in Rules 12, 13, and 14 of the Federal Rules of Civil Procedure may be extended until 10 days after the date that plaintiff serves upon defendants a signed copy of a First Amended Complaint. This First Amended Complaint shall be in the form attached as Exhibit A to the Stipulation and Order to Serve and File Amended Complaint that was signed by attorneys for plaintiff on January 22, 2002, and signed by attorneys for defendants on January 23, 2002.

FEB 0 5 2002
FILED

Dated: February 4, 2002

BRIGGS AND MORGAN, P.A.

Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

*Attorneys for Plaintiff, Grow Biz International, Inc.*

Dated: February 4, 2002

FAEGRE & BENSON LLP

John P. Borger, #9878
Calvin L. Litsey, #153746
Patricia R. Stembridge, #315503
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Of Counsel:

James C. Adams, II
Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
P.O. Box 26000
Greensboro, NC 27420
(336) 271-3117

*Attorneys for Defendants MNO, Inc., Anne N. Mathias, and Dean T. Mathias*

**ORDER**

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED that the time for defendants to serve pleadings as provided in Rules 12, 13, and 14 of the Federal Rules of Civil Procedure may be extended until 10 days after the date that plaintiff serves upon defendants a signed copy of a First Amended Complaint.

Dated: February 5, 2002

BY THE COURT:

Arthur J. Boylan
Magistrate Judge of United States District Court

M2:20440626.01