139218

RECEIVED
BY MAIL
FEB 25 2002
CLERK US DIST COURT
ST. PAUL, MN

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1805 (DWF/AJB) Case Title: Grow Biz International, Inc. v. MNO, Inc., et al.

### Affidavit of Movant

I, John P. Borger, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James C. Adams, II, an attorney admitted to practice in the Middle and Western Districts of North Carolina, and the United States Court of Appeals for the Fourth Circuit, but not admitted to the bar of this court, who will be counsel for ( ) plaintiff (x) defendants MNO, Inc., a North Carolina corporation, Anne M. Marthas, an indiviual, and Dean T. Mathias, an individual, in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| [signature] | 0009878 | February 8, 2002 |
|---|---|---|
| Signature | MN Attorney License # | Date |

### Affidavit of Proposed Admittee

I, James C. Adams, II, am currently a member in good standing of the U.S. District court for the Middle and Western Districts of North Carolina, and the United States Court of Appeals for the Fourth Circuit, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| James C. Adams, II | [signature] | February 18, 2002 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: NC Bar #18063
Law Firm Name & Address: Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
2000 Renaissance Plaza
230 North Elm
Greensboro, NC 27401
Telephone: (336) 271-3117

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk mm( 

FEB 25 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

M2:20441888.01

FILED FEB 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______