139218

(Revised 10/01) Admission Pro Hac Vice

RECEIVED
BY MAIL
FEB 25 2002
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1805 (DWF/AJB) Case Title: Grow Biz International, Inc. v. MNO, Inc., et al.

### Affidavit of Movant

I, John P. Borger, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Howard L. Williams, an attorney admitted to practice in the Eastern, Middle and Western Districts of North Carolina, and the United States Tax Court, but not admitted to the bar of this court, who will be counsel for ( ) plaintiff (x) defendants MNO, Inc., a North Carolina corporation, Anne M. Marthas, an indiviual, and Dean T. Mathias, an individual, in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 0009878 MN Attorney License # | February 8, 2002 Date

### Affidavit of Proposed Admittee

I, Howard L. Williams, am currently a member in good standing of the U.S. District court for the Eastern, Middle and Western Districts of North Carolina, and the United States Tax Court, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Howard L. Williams Type/Print Name | [signature] Signature | February 18 2002 Date

Attorney License Number: 004733

Law Firm Name & Address: Brooks, Pierce, McLendon, Humphrey & Leonard, L.L.P.
2000 Renaissance Plaza
230 North Elm
Greensboro, NC 27401

Telephone: (336) 271-3117

Motion Granted: [signature] MMC
For the Court: Richard D. Sletten, Clerk

FEB 25 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

M2:20442880.01

FILED FEB 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______