**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Winmark Corporation, a Minnesota corporation, fka Grow Biz International, Inc.,

Plaintiff,

v.

MNO Inc., a North Carolina corporation, Anne M. Mathias, and Dean T. Mathias, an individual,

Defendants.

Civil No. 01-1805 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Jeffrey Keyes, Esq., and Jay Schlosser, Esq., Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for Plaintiff.

Calvin Litsey, Esq., John Borger, Esq., and Patricia Stembridge, Esq., Faegre & Benson, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: April 19, 2002

DONOVAN W. FRANK
Judge of United States District Court

APR 19 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK