UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

WINMARK CORPORATION,

Plaintiff,

v.

MNO, INC., ET AL.,

Defendants.

Civil No. 01-1805 DWF/AJB

ORDER

---

WHEREAS, the parties entered into a settlement agreement on April 19, 2002, and

WHEREAS, the settlement was placed on the record before the Court on said date, and

WHEREAS, the parties have a disagreement as to the language of the confidentiality provision of the settlement agreement, and

WHEREAS, the Court has heard the arguments and submissions of the parties hereto,

NOW THEREFORE, THE COURT HEREBY ORDERS THAT the following confidentiality provision be included in the parties' settlement agreement:

MNO, its predecessors, successors and related companies, as well as any of their respective officers, representatives, owners, employees, attorneys and agents, including but not limited to Dean T. Mathias and Anne N. Mathias, agree to keep confidential the terms of this Agreement and shall not disclose those terms to any

Filed AUG 0 2 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

person or entity, except as required by law. MNO may disclose certain terms of this Agreement to its accountant, tax adviser or attorney, if it is necessary in connection with services performed by that person on behalf of MNO.

MNO may also disclose those terms and conditions of this Agreement which a purchaser, successor or assign must agree to assume and be bound by, to an individual or entity which MNO believes in good faith to be a serious potential purchaser of any of the stores in issue. Prior to the disclosure of any of the terms or conditions of this Agreement to any such person or entity, such person or entity must execute a Confidentiality Agreement in the form attached hereto as Exhibit C. The executed copy of each Confidentiality Agreement shall be provided to Winmark within thirty (30) days of execution.

THE COURT FURTHER ORDERS THAT the language of Exhibit "C" shall be as follows:

AGREEMENT TO KEEP INFORMATION CONFIDENTIAL

1. MNO, Inc., Dean Mathias and Anne Mathias are parties to a Settlement Agreement and Mutual Release ("Settlement Agreement") entered into with Winmark Corporation.

2. MNO, Inc., Dean Mathias and Anne Mathias have agreed to keep the terms and conditions of the Settlement Agreement confidential and to not disclose the terms or conditions to any person or entity, unless such person or entity: (1) has a legitimate need to know some of the terms or conditions of the Settlement Agreement to perform a task on behalf of MNO, Inc., Dean Mathias or Anne Mathias or because such a person or entity, they believe in good faith, is a potential purchaser of one or more of their PLAY IT AGAIN SPORTS® stores; and (2) the person or entity to whom the terms or conditions are to be disclosed executes this agreement.

3. MNO, Inc., Dean Mathias and Anne Mathias have determined in good faith that _______________ is a person or entity who has a legitimate need to know certain terms or conditions of the Settlement Agreement because they are a potential purchaser of one of the PLAY IT AGAIN SPORTS® stores.

4. ______________ agrees that it/he/she will keep the terms or conditions of the Settlement Agreement confidential and that it/he/she will not disclose the terms or conditions of the Settlement Agreement to any other person or entity.

Dated: ______________

______________________________
MNO, Inc.

______________________________
Dean Mathias

______________________________
Anne Mathias

Dated: ______________

______________________________

______________________________

Dated: 8/2/02

ARTHUR J. BOYLAN
United States Magistrate Judge