UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winmark Corporation, formerly known as Grow Biz International, Inc., a Minnesota Corporation,

Plaintiff,

v.

MNO, Inc., a North Carolina corporation, Anne N. Mathias and Dean T. Mathias, an individual,

Defendants.

Civil File No. 01-1805 DWF/AJB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**WHEREAS**, plaintiff Winmark Corporation, formerly known as Grow Biz International, Inc. and defendants MNO, Inc., Dean T. Mathias and Anne N. Mathias have reached a full settlement of all claims asserted in the above-referenced matter;

**WHEREAS**, the parties to this action have agreed to dismiss this action with prejudice and without fees or costs to any party;

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto that the above-captioned matter be dismissed with prejudice and without costs or fees to any party.

Dated: August 20, 2002

**BRIGGS AND MORGAN, P.A.**

By: [signature]
Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 334-8400
***Attorneys for Plaintiff Winmark Corporation, formerly known as Grow Biz International, Inc.***

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

1400420v1

Dated: Sept. 23, 2002

**FAEGRE & BENSON LLP**

By:
John P. Borger (#9878)
Calvin L. Litsey (#153746)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP**
Howard L. Williams
James C. Adams, II
P.O. Boz 26000
Greensboro, NC 27420
(336) 373-8850
***Attorneys for Defendants MNO, Inc., Dean T. Mathias and Anne N. Mathias***

IT IS SO ORDERED:

Dated: Sept 24, 2002

BY THE COURT

By:
DONOVAN W. FRANK
Judge of the U.S. District Court