# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Winmark Corporation, formerly known as Grow Biz International, Inc., a Minnesota Corporation

Case No. Civil 01-1805 DWF/AJB

v.

**JUDGMENT IN A CIVIL CASE**

MNO, Inc., a North Carolina corporation, Anne N. Mathias and Dean T. Mathias, an individual

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED That plaintiff Winmark Corporation and defendants MNO, Inc., Dean T. Mathias and Anne N. Mathias have reached a full and complete settlement of all claims asserted in the above referenced matter.**

DATE: September 24, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell, Deputy Clerk

(46)