UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Winmark Corporation, formerly known as Grow Biz International, Inc., a Minnesota Corporation,

Plaintiff,

v.

MNO, Inc., a North Carolina corporation, Anne N. Mathias and Dean T. Mathias, an individual,

Defendants.

Civil File No. 01-1805 DWF/AJB

**STIPULATION TO AND ENTRY OF DECLARATORY JUDGMENT**

## STIPULATION

**WHEREAS**, plaintiff Winmark Corporation, formerly known as Grow Biz International, Inc. and defendants MNO, Inc., Dean T. Mathias and Anne N. Mathias have reached a full and complete settlement of all claims asserted in the above-referenced matter;

**WHEREAS,** pursuant to the settlement, MNO, Inc., Dean T. Mathias and Anne N. Mathias have agreed to re-convert the three (3) Sports X-Change stores they currently operate in North Carolina to PLAY IT AGAIN SPORTS® stores and, with respect to each such store, enter into a new standard PLAY IT AGAIN SPORTS® franchise agreement with Winmark. Upon doing so, there will exist six (6) PLAY IT AGAIN SPORTS® franchise agreements between the parties (hereinafter collectively referred to as the "Franchise Agreements.")

SEP 24 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 24 2002
DEPUTY CLERK ____

**WHEREAS**, as a condition of the settlement, the parties have agreed to stipulate to the entry of declaratory judgment;

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto that final judgment shall be entered declaring that:

(1) the in-term non-compete provisions contained in each of the Franchise Agreements between the parties are reasonable and enforceable as a matter of law;

(2) the post-term non-compete provisions contained in each of the Franchise Agreements between the parties are reasonable and enforceable as a matter of law; and

(3) in the event of a future violation by any of the defendants of the in-term or post-term non-compete provisions contained in any then-existing franchise agreement between the parties, defendants will stipulate and agree to the entry of a temporary, preliminary, and/or permanent injunction enforcing the non-compete provisions and enjoining the defendants from violating those provisions;

(4) in the event of an action by Winmark to obtain injunctive relief to enforce either or both non-compete provisions, defendants hereby waive any and all claims they might have as to the entry of such relief or the appropriateness of injunctive relief, including but not limited to, that jurisdiction is lacking in the District of Minnesota, that venue is improper in the District of Minnesota, or that irreparable harm does not exist;

(5) if the defendants sell or terminate all six of their PLAY IT AGAIN SPORTS® stores operating under the Franchise Agreements, they would immediately upon the date of last sale be able to own, operate, lease, franchise, conduct, engage in,

be connected with, have an interest in, or assist any person or entity engaged in, any other sporting goods business provided that such other sporting goods business is not located at or within a six-mile radius of any of the six stores operating under the Franchise Agreements or within a six-mile radius of any then-existing PLAY IT AGAIN SPORTS® store;

(6) if the defendants sell or terminate all six of their PLAY IT AGAIN SPORTS® stores operating under the Franchise Agreements, defendants would be able to own, operate, lease, franchise, conduct, engage in, be connected with, have an interest in, or assist any person or entity engaged in, any other sporting goods business, in any location whatsoever upon the expiration of one year from the date of last sale.

Dated: August 20, 2002

**BRIGGS AND MORGAN, P.A.**

By: Jay W. Schlosser

Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 334-8400

***Attorneys For Plaintiff Winmark Corporation, formerly known as Grow Biz International, Inc.***

Dated: Aug 23, 2002

**FAEGRE & BENSON LLP**

By: [signature]

John P. Borger (#9878)
Calvin L. Litsey (#153746)
2200 Wells Fargo Center

90 South Seventh Street
Minneapolis, MN 55402

**BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP**
Howard L. Williams
James C. Adams, II
P.O. Box 26000
Greensboro, NC 27420
(336) 373-8850

***Attorneys for Defendants MNO, Inc., Dean T. Mathias and Anne N. Mathias***

**ORDER**

Pursuant to the foregoing Stipulation,

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 24, 2002

BY THE COURT

By______________________________

Honorable Donovan W. Frank,
U.S. District Court Judge